1  MORGAN, LEWIS & BOCKIUS LLP
   DARYL S. LANDY (SBN 136288)
2  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
3  Tel: 650.843.4000
   Fax: 650.843.4001
4  Email: dlandy@morganlewis.com

5  MORGAN, LEWIS & BOCKIUS LLP
   LARRY M. LAWRENCE (SBN 232720)
6  300 South Grand Avenue
   Twenty-Second Floor
7  Los Angeles, CA  90071-3132
   Tel:  213.612.2500
8  Fax:  213.612.2501
   Email: llawrence@morganlewis.com
9
   Attorneys for Defendant
10 DELTA AIR LINES, INC.

11                   UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 ANDREW BELL, on behalf of himself and all    Case No. CV 13-1199 JCS
   others similarly situated,
15                                              **STIPULATION EXTENDING TIME TO
                                                ANSWER FIRST AMENDED
16                  Plaintiffs,                 COMPLAINT**

17        vs.                                   **[Local Rule 6-1(a)]**

18 DELTA AIR LINES, INC.; and DOES 1 to         Complaint Filed:    March 18, 2013
   10, inclusive,                               Trial Date:         None
19

20                  Defendants.

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  LOS ANGELES

DB2/ 24090075.1

## RECITALS

WHEREAS the parties have not previously entered into a stipulation to extend the time to respond to the First Amended Complaint; and

WHEREAS this stipulated extension of time will not alter the date of any event or deadline already fixed by Court order.

## STIPULATION

Pursuant to Rule 6-1(a) of the Local Rules of Practice for the United States District Court for the Northern District of California, Plaintiff Andrew Bell and Defendant Delta Air Lines, Inc. hereby agree and stipulate, by and through their attorneys, to a fourteen-day extension of the time for Defendant Delta Air Lines, Inc. to answer the First Amended Complaint in this matter. As such, Defendant Delta Air Lines, Inc.'s answer to the First Amended Complaint shall be due no later than May 28, 2013.

Dated: May 7, 2013

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
MONIQUE OLIVIER

LAW OFFICES OF DEBORAH C. ENGLAND
DEBORAH C. ENGLAND

By /s/ Monique Olivier
Monique Olivier
Attorney for Plaintiff
ANDREW BELL

Dated: May 7, 2013

MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY
LARRY M. LAWRENCE

Dated: May 9, 2013

IT IS SO ORDERED
Judge Joseph C. Spero

By /s/ Daryl S. Landy
Daryl S. Landy
Attorney for Defendant
DELTA AIR LINES, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 24090075.1

2

STIP. TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT
CASE NO. 13-1199 JCS