# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW BELL,** | **CASE NO.: 13-CV-1199 YGR** |
| Plaintiff, | **ORDER VACATING COMPLIANCE HEARING; SETTING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **DELTA AIR LINES, INC.,** | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On August 26, 2013, the Court ordered the parties in this action to file, by September 20, 2013, a Joint Statement naming a private mediator. Dkt. No. 20. The parties timely complied. Dkt. No. 21. Accordingly, the Court **VACATES** the compliance hearing set for September 27, 2013, at 9:01 a.m.

The Court's August 26, 2013 minute order imposed a deadline of January 31, 2014 for completion of mediation. Accordingly, the Court **SETS** a Case Management Conference for **2:00 p.m. on February 24, 2014**. The parties shall file an updated Joint Case Management Statement consistent with Civil Local Rule 16-9 and the undersigned's Standing Order in Civil Cases, paragraph 6.

**IT IS SO ORDERED.**

Dated: September 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**