**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ANDREW BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>DELTA AIR LINES,<br><br>    Defendant.<br>_____/ | No. C 13-01199 YGR (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred the parties' February 5, 2014 joint letter brief, which describes a discovery dispute, to United States Magistrate Judge Laurel Beeler for resolution. After reviewing the joint letter, the court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: February 14, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-01199 YGR (LB)
NOTICE OF REFERRAL AND ORDER