**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREW BELL,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**DELTA AIR LINES, INC.,**<br><br>　　　　**Defendant.** | **Case No.: 13-CV-1199 YGR**<br><br>**ORDER VACATING CURRENT DEADLINES AND SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon notice from the parties (Dkt. No. 41), that the above-captioned class action has settled in principle. The Court **GRANTS** the parties' request to vacate all pending deadlines so that the parties may focus on preparing settlement documentation and a contemplated motion for preliminary approval of class-action settlement.

The Court Sets a compliance hearing for **Friday, May 30, 2014** on the Court's **9:01 a.m.** Calendar, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) the contemplated motion for preliminary approval of class-action settlement; or (b) a one-page Joint Statement setting forth an explanation regarding the failure to file timely. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Date: March 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**