# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW BELL,**<br><br>   Plaintiff,<br><br>   v.<br><br>**DELTA AIR LINES, INC.,**<br><br>   Defendant. | Case No.: 13-CV-1199 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the parties' timely filed joint statement (Dkt. No. 45), the Court **CONTINUES** the compliance hearing in the above-captioned matter from May 30, 2014, to 9:01 a.m. on **Friday, June 20, 2014** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

At least five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) their contemplated motion for preliminary approval of class-action settlement; or (b) a one-page Joint Statement setting forth an explanation regarding the failure to file timely. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Further requests to continue this deadline shall be disfavored.

**IT IS SO ORDERED**.

Date: May 27, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**