**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW BELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC; AND DOES 1 TO 10, INCLUSIVE,<br><br>Defendants. | Case No.: 13-CV-1199 YGR<br><br>**MISCELLANEOUS ORDER IN ADVANCE OF MOTION FOR PRELIMINARY APPROVAL** |

In preparation for the hearing on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Approval of Class Notice and Class Certification, the parties shall forthwith provide the Court with the following:

1. A revised proposed form of order which is fully integrated and does not require any cross references to the settlement agreement for any material term; and
2. Any supplemental information showing the anticipated payment amounts to individual members of the class.

**IT IS SO ORDERED**.

Dated: July 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**